49

United States District Court
Southern District of Texas
ENTERED

DEC 15 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICKI TOLIFSON | § | |
| | § | |
| V. | § | CIVIL CASE NO: B-94-67 |
| | § | |
| TREASURE HILLS INVESTMENTS, N.V. and CARLOS CUELLAR | § § § | JURY TRIAL |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the 15th day of December, 1998, came on to be considered the stipulation of counsel for Plaintiff and Defendants in the above civil action that this case be dismissed without prejudice to Plaintiff refiling same within two years from this date, should the agreed settlement remain unconsummated at that time.

This Court finds that the stipulation is well taken.

IT IS THEREFORE, ORDERED, that:

1. This case be dismissed without prejudice to Plaintiff refiling same within two years from this date, should the agreed settlement remain unconsummated at that time;

2. should the agreed settlement of this case remain unconsummated in two years from this date, Plaintiff Vicki Tolifson shall have the right to refile same and proceed with her civil action against Defendants as if the case was still active on the docket of this Court, subject to any right of the Bankruptcy Court to modify the terms of the agreed settlement as part of the bankruptcy proceeding currently pending in the United States Bankruptcy Court for the Southern District of Texas, Brownsville Division, Case No. 96-24360-B-11.;

3.    the statute of limitations on Plaintiff Vicki Tolifson's cause of action as alleged in this civil action against Defendants is tolled until two years following the date of dismissal of this civil action; and

4.    the Clerk shall forward a copy of this Order to all counsel of record.

_____
United States ~~Magistrate~~ Judge
District
Acting on Assignment

12/15/98